**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| KING, Robert Leon | 768045-23-0060 | 6 |

## SUMMARY OF EVENT:

July 06, 2023, examination, and trace results of electric detonators/blasting caps listed as ATF Item #: 011

## NARRATIVE:

1. On July 06, 2023, SABT Duke examined photographs of the four electric blasting caps/detonators located on 04/18/2023 during the search warrant executed at 1006 Cascade Drive, Pembroke VA. These items are listed as ATF Item #: 011. SABT Duke received four photographs from SA Davis on 7/6/23 and nine photographs from VSP Lt. Lewis on 5/5/23. Based on examination of the photographs, there are two aluminum shell and two bronze shell commercial electric blasting caps. Both have blue and yellow leg wires. Tags located on the bronze shell electric blasting caps show 8' leg wires and list Hercules Incorporated as the manufacturer.






| Prepared by: | Title: | Signature: | Date: |
|---|---|---|---|
| William C. Duke | Special Agent, Bristol Field Office | | 7/13/23 |
| Authorized by: | Title: | Signature: | Date: |
| Keith J. Teehan | Resident Agent in Charge, Roanoke Field Office | | 7/14/23 |
| Second level reviewer (optional): | Title: | Signature: | Date: |
| Craig B. Kailimai | Special Agent in Charge, Washington Field Division | | |

| Title of Investigation: KING, Robert Leon | | Investigation Number: 7680   3-0060 | Report Number: 6 |
|---|---|---|---|

2. SABT Duke reached out to the USBDC for research assistance with identifying the location of manufacture for these blasting caps. SABT Duke received reference material provided to ATF, which states that all electric detonators made by the Hercules company were manufactured in their Port Ewen, NY plant. In 1985 Dyno Nobel acquired the Hercules company and their Port Ewen, NY Plant. This shows the recovered detonators were manufactured no later than 1985. Due to limited information and no date shift code, an exact date of manufacture is not able to be determined. (See attached documents).

3. The recovered Hercules commercial electric blasting caps/detonators were manufactured by Hercules Incorporated at their manufacturing facility located in Port Ewen, NY. This shows that these electric blasting caps traveled in and affected interstate commerce.

4. SABT Duke spoke with VSP Lt. Lewis as to his disposal of the blasting caps by energizing them and functioning them as designed. The photographs provided show the post blast status of the blasting caps. The photographs show they exploded and functioned as designed.

 



5. Based on my examination, research, training, and experience, the blasting cap/detonators recovered by Lt. Lewis, during the execution of a search warrant on 04/18/2023, at the residence located at 1006 Cascade Drive, Pembroke VA, were functional commercial blasting caps manufactured by Hercules Incorporated. The blasting caps are explosives as that term is defined in 18 USC 841(d) and would be subject to federal regulation and have traveled in and affected interstate commerce.

| Title of Investigation: KING, Robert Leon | | Investigation Number: 76804    3-0060 | Report Number: 6 |
|---|---|---|---|

**ATTACHMENTS:**
Hercules letter to ATF stating all electric caps made at plant located in Port Ewen NY.
Detonator info from file regarding Hercules caps.
Dyno Nobel history showing acquisition of Hercules in 1985.



# HERCULES INCORPORATED

EXPLOSIVES & CHEMICAL PROPULSION DEPARTMENT · WILMINGTON, DELAWARE 19899

February 11, 1971

Mr. Rex Davis
Acting Director
Alcohol, Tobacco and Firearms Div.
Internal Revenue Service
U. S. Treasury Department
Washington, D. C. 20224

Dear Sir:

    The purpose of this letter is to inform you of the date-plant-shift code as adopted by Hercules Incorporated for traceability purposes.

    Hercules will use four codes as follows and the examples will illustrate the date of February 12, 1971:

    1.  Detonators manufactured at our Port Ewen, New York plant, except fuse type blasting caps.

    2.  Fuse type blasting caps as manufactured for Hercules by Atlas Chemical Industries.

    3.  Cast boosters - called Titan boosters - as manufactured for Hercules by Trojan-U.S. Powder Co.

    4.  All other explosives and blasting agents manufactured in our plants as listed below:

        1.  <u>Detonators</u>

          2  1  0  2  1  2  0  8
        (1) (2) (3) (4) (5) (6) (7) (8)

        Digits 1 and 2 represent the current year less 50.
        1971 - 50 = 21
        Digits 3 and 4 represent the month - February
        Digits 5 and 6 represent the day - 12th
        Digits 7 and 8 refer to a packers number in our plant.

    There will not be a plant designation as all our detonators - except fuse type blasting caps - are manufactured at our Port Ewen, New York plant.

USAO_000006


HERCULES

Mr. Rex Davis                    - 2 -                 February 11, 1971

2. Fuse Type Blasting Caps

```
 0   2   1   2   7   1   1   2   3   4    5
(1) (2) (3) (4) (5) (6) (7) (8) (9) (10) (11)
```

Digits 1 and 2 represent the month
Digits 3 and 4 represent the day
Digits 5 and 6 represent the year
Digits 7 through 11 refer to Atlas inplant operating procedure. Atlas has only one detonator plant which is at Reynolds, Pennsylvania, so no digit is reserved for the plant.

This code will have dashes between every two digits as it appears on the outside case. On the inside cartons the code will be continuous.

3. Cast Boosters

```
 1   2   F   E   B   7   1   S   1   D
(1) (2) (3) (4) (5) (6) (7) (8) (9) (10)
```

Digits 1 and 2 represent the day of the month
Letters 3, 4, and 5 spell the abbreviation of the month
Digits 6 and 7 represent the year
Letter 8 refers to the plant with the designation as shown below.
Digit 9 is what Trojan-U.S. Powder calls a "Pot" number or batch number.
Letter 10 refers to the shift with "D" as Day, "M" as middle shift, and "N" as night shift.

| Plant Designation (Letter 8) | Plant Location |
|---|---|
| S | Seiple, Pa. |
| M | Marion, Ill. |
| U | Springville, Utah |
| W | Wolflake, Ill. |



Mr. Rex Davis                    - 3 -                    February 11, 1971

4. Explosives manufactured by Hercules -
   other than electric detonators

```
F   E   B   1   2   7   1   K   1
(1) (2) (3) (4) (5) (6) (7) (8) (9)
```

Letters 1, 2, and 3 refer to the abbreviation of the month.
Digits 4 and 5 represent the day
Digits 6 and 7 represent the year
Letter 8 refers to the plant with the designations as listed below.
Digit 9 represents the shift, with 1, 2, and 3 referring to the first, second, or third shift of that particular day.

| Plant Letter Designation | Plant Location |
|---|---|
| B | Bessemer, Ala. |
| C | Carthage, Mo. |
| K | Kenvil, N. J. |
| P | Pluto - Ishpeming, Mich. |
| G | Gilbert, Minn. |
| F | Freeburg, Ill. |
| L | Lincoln, Calif. |

In the past Hercules used the "ARTICHOKE" code which is listed below. The three letters refer to the month and year of manufacture. For dynamite such a code would be as follows: 12-110-HAK-K which represents Batch 10 made at Kenvil on the 12th of February, 1970. The batch number is 10 not 110. Kenvil uses the first digit 1, another plant would use the first batch digit as 2, such as 210 and another plant as 310, etc.

For detonators made at Port Ewen, New York, an example would be BC 12 HAK. This indicated that the carton of caps was packed by workman B at Port Ewen on the 12th of February 1970.


HERCULES

Mr. Rex Davis — - 4 - — February 11, 1971

These codes appeared on the case of explosive only and for detonators it appeared on the cartons and the cases. No caps or individual cartridges were coded. This code has been discontinued voluntarily on January 1, 1971 and definitely by February 12, 1971 in favor of the date-plant-shift code. We include this code for identification of products that were manufactured prior to February 12, 1971.

|       | 1971 | 1970 | 1969 | 1968 | 1967 | 1966 | 1965 | 1964 | 1963 |
|-------|------|------|------|------|------|------|------|------|------|
| Jan.  | HSE  | HSK  | HSO  | HSH  | HSC  | HSI  | HST  | HSR  | HSA  |
| Feb.  | HAE  | HAK  | HAO  | HAH  | HAC  | HAI  | HAT  | HAR  | HAA  |
| Mar.  | HRE  | HRK  | HRO  | HRH  | HRC  | HRI  | HRT  | HRR  | HRA  |
| Apr.  | HTE  | HTK  | HTO  | HTH  | HTC  | HTI  | HTT  | HTR  | HTA  |
| May   | HIE  | HIK  | HIO  | HIH  | HIC  | HII  | HIT  | HIR  | HIA  |
| June  | HCE  | HCK  | HCO  | HCH  | HCC  | HCI  | HCT  | HCR  | HCA  |
| July  | HHE  | HHK  | HHO  | HHH  | HHC  | HHI  | HHT  | HHR  | HHA  |
| Aug.  | HOE  | HOK  | HOO  | HOH  | HOC  | HOI  | HOT  | HOR  | HOA  |
| Sept. | HKE  | HKK  | HKO  | HKH  | HKC  | HKI  | HKT  | HKR  | HKA  |
| Oct.  | HEE  | HEK  | HEO  | HEH  | HEC  | HEI  | HET  | HER  | HEA  |
| Nov.  | OSE  | OSK  | OSO  | OSH  | OSC  | OSI  | OST  | OSR  | OSA  |
| Dec.  | OAE  | OAK  | OAO  | OAH  | OAC  | OAI  | OAT  | OAR  | OAA  |

Any questions should be addressed to the writer.

Very truly yours,

*Deane Boddorff*

Deane Boddorff
Manager, Technical Services
Explosives Division

DB:ea

CC: Mr. Robert Pierce
Alcohol, Tobacco and Firearms Div.
Internal Revenue Service
P. O. Box 784
Benjamin Franklin Station
Washington, D. C. 20044

USAO_000009



USAO_000010





## TOTAL CAPABILITY

Hercules has pioneered in the production of blasting caps since 1920. Our plant at Port Ewen, New York, makes and assembles every element of the cap. This includes forming of the metal shell structure, drawing of the metal rods into wire, insulating and color-coding of legwire, precision-welding the bridgewire, and loading the complete explosive train, from heat-sensitive primary ignition material to detonating high explosive.



USAO_000012



## QUALITY ASSURANCE

We produce over a million electric blasting caps every month, and during the production sequence each one of these caps is subjected to four different nondestructive tests to ensure bridgewire reliability. Each cap also undergoes a pull test to confirm weld integrity of the lead wires. To assure caps of the highest reliability, routine surveillance includes destructive testing for output energy, delay timing, static sensitivity, voltage breakdown, current leakage, hydrostatic pressure, and pulse current tests for minimum energy firing. We shoot approximately 150,000 caps per year in destructive testing programs. That's a lot of potential sales dollars, but we absorb the cost because we want to assure you our caps will do what they should.

### EXAMINE THESE FEATURES

- Excellent water resistance. All Hercules electric blasting caps must withstand a water head of 250 psi.
- Hercoshunt™ electrical shunting completely shields the legwire ends from possible stray currents and provides corrosion protection to the wires so that they are clean and bright when firing connections are ready to be made.
- Polyolefin-insulated legwires offer superior dielectric strength, excellent resistance to abrasion and cuts, good flexibility at below-zero temperatures, and high tensile strength.
- Brilliant, high-gloss legwire colors furnish excellent contrast for quick distinguishability.
- We are the leader in adoption of high-energy base charges.

## HERCUDET™



Hercudet cap with 4-inch leads is designed primarily for surface blasting applications. When it is used as an in-hole initiator, cap leads are extended out of the borehole with tough plastic duplex trunkline. This same cap is also used for surface initiation of detonating cord. The standard 4-inch lead length reduces inventory requirements. Hercudet is also available in 16- or 24-foot lengths for underground use.



### HERCUDET NONELECTRIC DELAY BLASTING CAP SYSTEM

Because of its outstanding safety features, lack of noise, and other significant advantages over all other known methods of initiating explosives, the Hercudet nonelectric delay blasting cap system is considered by Hercules to be a major breakthrough for explosives users who have long desired an improved blasting method. The method is based upon a detonable gas mixture that is introduced into a hookup of plastic tubing. Except for the cap itself, the hookup from hole to hole is considered "inert until charged" prior to introduction of the gas mixture.[1]

Features include:
- No trunkline noise; no airblast complaints
- Cannot be initiated by radio frequency energy, stray current, or static electricity
- The only nonelectric initiation system with circuit test capability

[1] The gaseous mixture presents no health risk, either during charging or as an afterblast residue.



## VIBRODET®

No. 8 strength, static-resistant, waterproof, no-time-lag seismograph electric detonator designed to ensure initiation under the environmental extremes associated with seismic prospecting. Vibrodet is furnished in aluminum shell with legwire lengths from 30 to 440 feet, and with bronze shells in legwire lengths under 30 feet. See Bulletin TD-225A.



## IMPULSARDET™

An extra-strength seismic detonator designed specifically for initiating the Impulsar™ land seismic blasting agent starter charge. This electric detonator is stronger than any other seismic detonator available. See Bulletin TD-236B.



## BLASTING CAPS (FUSE CAP)

Blasting caps (fuse cap) are used in conjunction with safety fuse to provide a nonelectric method for initiating explosives. They are available in No. 6 and No. 8 strengths. See Bulletin TD-236B.

USAO_000014

For continuing education on practices related to electrical blasting, ask for our literature on **Cap Facts**.

| Bulletin | Title |
| --- | --- |
| ECF-101 | How an Electric Delay Cap Functions |
| ECF-102 | Recommended Firing Currents |
| ECF-103 | Basic Guidelines for Insuring Proper Firing Current |
| ECF-104 | Understanding the Blasting Galvanometer |
| ECF-105 | Using the Blasting Galvanometer |
| ECF-106 | Blasting Caps and Youngsters |
| ECF-107 | Summer Quiz (Facts About Lightning and Caps) |
| ECF-108A | Eliminating the Ingredients of Failure |
| ECF-109 | Planning the Firing Circuit |
| ECF-110B | Planning the Series Firing Circuit |
| ECF-111 | Planning the Parallel Firing Circuit |



**HERCULES**

Hercules Incorporated
910 Market Street
Wilmington, DE 19899

| Atlanta | Chicago | Denver | San Francisco, CA 94111 | Wilmington, DE 19899 |
| --- | --- | --- | --- | --- |
| Norcross, GA 30071 | Oak Brook, IL 60521 | Englewood, CO 80111 | One Maritime Plaza | 300 Delaware Avenue |
| 3168 Holcomb Bridge Road | 814 Commerce Drive | 5680 S. Syracuse Circle | Golden Gateway Center | 16th Floor |
| Suite 700 | Suite 307 | Suite 414 | Suite 1250 | (302) 575-5700 |
| (404) 447-0120 | (312) 887-3000 | (303) 770-1717 | (415) 956-2535 | |

We cannot anticipate all conditions under which this information and our products, or the products of other manufacturers in combination with our products, may be used. We accept no responsibility for results obtained by the application of this information or the safety and suitability of our products, either alone or in combination with other products. Users are advised to make their own tests to determine the safety and suitability of each such product or product combination for their own purposes. Unless otherwise agreed in writing, we sell the products without warranty, and buyers and users assume all responsibility and liability for loss or damage arising from the handling and use of our products, whether used alone or in combination with other products.

200-297 5-81 RM  IT                                                                                                       PRINTED IN U.S.A.

USAO_000015

## Our History



Dyno Nobel traces its roots back to William Bickford's invention of Safety Fuse in 1831 and Alfred Nobel in 1865.
Over 170 years later, Dyno Nobel has become the world's leading explosives company and a truly global supplier of commercial explosives solutions.
We currently operate in 35 countries and are rapidly increasing our presence in Asia, Africa, Eastern Europe and Latin America.

### Alfred Nobel and the foundation of Dyno Nobel

During the 1860's, Alfred Nobel experimented with the packaging of nitroglycerin as a safe explosive. Within a few years, he had developed and patented dynamite, and established his first company, Nitroglycerin Compagniet.
It was this company, founded on a strong philosophy of safety and innovation, that later became Dyno Nobel.

### Dyno Nobel, The Ensign-Bickford Company and the invention of safety fuse

It began over two hundred years ago, when the first safety fuse was invented by William Bickford, saving the lives of countless coal miners working the hills of northern England.
Prior to Mr. Bickford's invention, blasting was done with gunpowder, ignited by fuse made of wheat straws or goose quills nested together and filled with powder. One day, while visiting a rope maker, the idea came to him that if a funnel filled with powder could be arranged to pour a stream into the center of the twisted strands, and if the rope could be securely fastened and waterproofed, he would have a slow-burning fuse.
Bickford-Smith & Company, in Cornwall, England, would soon become Toy, Bickford & Company with the addition of Joseph Toy, who would bring the operation to America in 1836. When Joseph Toy handed the reigns to his son-in-law Ralph Ensign, this safety fuse manufacturing facility in Simsbury, Connecticut would officially become The Ensign-Bickford Company. In 2003 The Ensign-Bickford Company merged with Dyno Nobel ASA, with the new entity to be called Dyno Nobel.

### Industri Kapital acquires Dyno Industrier ASA forming Dyno Nobel ASA

Dyno Nobel is owned by leading European equity firm, Industri Kapital, renowned for its strong business analysis skills and financial base.
In December 1999 Industri Kapital acquired Dyno ASA (formerly Dyno Industrier ASA) delisting it from the Norwegian Stock Exchange. The acquisition was completed in August 2000 and the newly privatised company renamed Dyno Nobel ASA.
At the time of the acquisition Kim Wahl, Deputy Chief Executive of Industri Kapital said, Our ambition is to expand the explosives operations both organically and through acquisitions with the objective of securing Dyno's position as the world's leading commercial explosives manufacturer.

### Dyno Nobel, IRECO Chemicals and the invention of slurry explosives

Dyno Industrier ASA acquired IRECO Chemicals in 1984, the company created by Dr. Melvin Cook - significantly expanding Dyno Nobel's operations in North America.
Dr. Melvin Cook's greatest commercial explosives invention was formulated in December 1956, while consulting for Iron Ore Company of Canada at the Knob Lake Mine in Labrador, where he created a new blasting agent using an unusual mixture of ammonium nitrate, aluminum powder, and water. Tests that followed resulted in the development of a new field of explosives: slurry explosives, boosters, and pump tucks for their bulk delivery.
As result of the Knob Lake Experiment, the Iron Ore Company of Cada supported research on slurry explosives beginning in 1957. Mesabi Blasting Agents was founded in 1960 for operation on the Mesabi Iron Range. In 1963 these two companies merged and became IRECO Chemicals, a worldwide operation.
Gulf Resources and Chemical Corporation of Houston, Texas acquired IRECO Chemicals in 1975. IRECO had become a leading commercial explosive company throughout the world by 1974 and in 1984 was acquired by Dyno Industrier ASA, and later became Dyno Nobel.
A timeline of Dyno Nobel's major milestones can be seen below:

- 2003 Dyno Nobel & Ensign-Bickford Company merger completed.Dyno Nobel acquires St. Lawrence Explosives Inc.Dyno Nobel Peru and Samex merge to form Dyno Nobel-Samex.

- 2000 Dyno Nobel, Dyno Industries' Explosives Group, acquired by Industri Kapital. Dyno Nobel becomes a fully focused explosives organization.Dyno Nobel Latin America formed.Queensland Nitrates commenced

operation to provide Eastern Australia with ammonium nitrate.

| Year | |
|---|---|
| 1999 | DynoConsult, the specialist consulting division of Dyno Nobel, is formed. |
| 1997 | Dyno Nobel forms a joint venture with Tec Harseim in South America creating Dyno Nobel Chile. |
| 1996 | Dyno Nobel Asia Pacific established. Dyno acquires the remaining 50% share in Dyno Wesfarmers Ltd. |
| 1988 | Dyno Wesfarmers Ltd. Is formed in Australia. |
| 1986 | Dyno acquires Nitro Nobel with operations in Sweden, Philippines, India, Australia and Malaysia. |
| 1985 | Dyno acquires Hercules' commercial explosives operations. |
| 1984 | Dyno Nobel Americas formed after acquiring IRECO and its operations in USA, Canada, Brazil and Chile. |
| 1973 | Nonelectric initiation system NONEL® introduced by Nitro Nobel (Dyno Nobel). |
| 1956 | Slurry explosives pioneered by IRECO (Dyno Nobel). |
| 1917 | Production of nitrocellulose starts as Nytroglycerin Compagniet (Alfred Nobel's first company and the forerunner of Nitro Nobel, now part of Dyno Nobel). |
| 1876 | Alfred Nobel invents Dynamite. |
| 1865 | Alfred Nobel invents the first detonator. The forerunner of Dyno Nobel founded in Norway by Nobel associate and a group of Norwegian businesspeople. |
| 1836 | The Ensign-Bickford Company (now part of Dyno Nobel) begins operation in America. |
| 1831 | William Bickford invents Safety Fuse. |

## Product Innovation History

**Every major explosives innovation has been developed by Dyno Nobel, starting with the invention of Safety Fuse in 1831, to the development of Slurry Explosives in 1956 and the creation of DynoConsult in 1999.**

| Year | Innovation |
|---|---|
| 1831 | **Safety fuse** is invented by William Bickford, the founder of The Ensign-Bickford Company, to replace black powder-filled cord (mining safety increases dramatically). |
| 1865 | Alfred Nobel, the founder of companies that laid the foundation of Dyno Nobel, invents the first **blasting cap.** |
| 1867 | Alfred Nobel invents **dynamite**, another major step in explosives safety and efficiency. |
| 1936 | A reliable, flexible, easy-to-use **textile-jacked detonating cord -- Primacord®-** developed by The Ensign-Bickford Company. |
| 1956 | **Slurry explosives** pioneered by Dr. Melvin Cook (IRECO, later Dyno Nobel) |
| 1960's | Dyno Nobel Develops revolutionary inert-until-mixed **site-mixed (SMS™) pump truck systems** for slurry explosives as well as small diameter packaged products. |
| 1973 | Nonelectric initiation system **NONEL®** invented by Per Anders Persson (Nitro Nobel, later Dyno Nobel). |
| 1980's | Dyno Nobel commercializes **packaged** and **bulkemulsions,** another type of water-based explosive. |
| 1980's – 1990's | Continuing development of **nonelectric initiation systems** by both The Ensign-Bickford Company and Dyno Nobel. Continuing development of sophisticated bulk explosives delivery systems by Dyno Nobel. |
| 1999 | DynoConsult, a **specialist consulting** division of Dyno Nobel, is formed. |
| 2003 | Dyno Nobel continues to **lead the explosives industry** by combining Dyno Nobel and The Ensign-Bickford Company. |