**Exhibit 3 - Audio file previously submitted with the ECF (27) Motion for Reconsideration for Bond.**