

# *COMMONWEALTH of VIRGINIA*

## Executive Department

### TO ALL TO WHOM THESE PRESENTS SHALL COME --- GREETINGS:

**WHEREAS, Robert Leon King,** after being convicted and sentenced for crime(s) committed prior to November 26, 2019, when the Executive completed review of the particulars of the individual's case; and

**WHEREAS, Robert Leon King,** by reason of conviction(s), suffers political disabilities, to wit: denial of the right to vote, to hold public office, to serve on a jury, to be a notary public and to ship, transport, possess or receive firearms; and

**WHEREAS,** it appears that **Robert Leon King** has rejoined society free from state supervision and it seems appropriate to the Executive to remove certain of those political disabilities by restoring the right to vote, hold public office, serve on a jury, and to be a notary public;

**NOW, THEREFORE,** I, Ralph S. Northam, Governor of the Commonwealth of Virginia, by virtue of the authority vested in me, do hereby remove the political disabilities, except the ability to ship, transport, possess or receive firearms, under which **Robert Leon King** labors by reason of conviction as aforesaid, and do hereby restore the rights to vote, hold public office, serve on a jury, and to be a notary public. Nothing in this order has the effect of changing one's citizenship status, nor of granting political rights to which one is not otherwise entitled.



Given under my hand and under the Lesser Seal of the Commonwealth at Richmond, on December 26, 2019, in the 244th year of the Commonwealth.

_Ralph S. Northam_
**Governor of Virginia**

_Kelly Thomass_
**Secretary of the Commonwealth**