IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 7:23cr00034** |
| : | |
| **ROBERT LEON KING** : | |

**NOTICE OF ADDITIONAL AUTHORITY IN SUPPORT OF GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S AMENDED MOTION TO DISMISS THE INDICTMENT**

COMES NOW the United States of America, by counsel, and hereby cites the following additional authority in support of its Response in Opposition to Defendant's Amended Motion to Dismiss the Indictment (ECF No. 48): *United States v. Gates*, No. 7:22cr00038, Mem. Op., ECF No. 59 (W.D. Va. Feb. 14, 2024) (Urbanski, C.J.).

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

s/Kristin B. Johnson
Assistant United States Attorney
VA Bar No. 71115
310 1st Street SW, Suite 906
Roanoke, VA 24011
(540) 857-2250
Kristin.Johnson2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2024, I caused to be filed electronically this Notice of Additional Authority with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/Kristin B. Johnson<br>
Assistant United States Attorney