IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 7:23-cr-00034 |
| | ) | |
| ROBERT LEON KING | ) | Hon. Robert S. Ballou |
| | ) | United States District Judge |
| | ) | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, Defendant Robert Leon King's Motion to Dismiss (Dkt. 39) is **DENIED with prejudice.**

It is so **ORDERED**.

Entered: February 22, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge