FILED IN OPEN COURT.
DATE 3/14/2024
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT ____ DIVISION, W.D. of VA
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA

v.                                        Criminal Action No. 7:23cr34

Robert Leon King

In the presence of Beatrice Diehl, my counsel, who has fully explained the charges contained in the indictment against me, and having received a copy of the indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to said indictment and count(s) 1 and 2 thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

_____
Signature of Defendant

14 Mar. 2024
Date

_____
Witness