**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Roanoke Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 7:23-CR-00034** |
| | ) | |
| **ROBERT LEON** | ) | |
| **KING** | ) | |
|             **Defendant** | ) | |

## DEFENDANT'S NOTICE OF APPEAL

Robert Leon King, through counsel, notices an appeal to the United States Court of Appeals for the Fourth Circuit from the conviction entered against him made final by the judgement of this court entered on June 28, 2024. Mr. King is indigent and requests the court waive payment of fees and costs associated with his appeal and that the Court appoint the Federal Public Defender as his counsel on appeal.

Respectfully submitted,

ROBERT JUNIOR OVERSTREET II

By: *Beatrice Diehl*
Beatrice F. Diehl
Fl. Bar No. 0124667
Counsel for Defendant
Office of the Federal Public Defender
For the Western District of Virginia
210 First Street, SW, Suite 400
Roanoke, VA 24011
Ph. (540) 777-0891

1